**UNITED STATES STEEL CORPORATION, Plaintiff–Appellee,**

and

**Nucor Corporation, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Essar Steel Limited, Defendant–Appellant.**

No. 2012–1621.

United States Court of Appeals, Federal Circuit.

March 13, 2013.

Ellen J. Schneider, Skadden, Arps, Slate, Meagher & Flom, LLP, of Washington, DC, argued for plaintiff-appellee, United States Steel Corporation. With

her on the brief were Robert E. Lighthizer, Jeffrey D. Gerrish, and Luke A. Meisner. Of counsel was James C. Hecht.

Maureen E. Thorson, Wiley Rein LLP, of Washington, DC, argued for plaintiff-appellee, Nucor Corporation. With her on the brief were Alan H. Price and Timothy C. Brightbill. Of counsel was Tessa V. Capeloto.

David D'Alessandris, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief was Devin S. Sikes, Attorney, Office of Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Mark P. Lunn, Arent Fox, LLP, of Washington, DC, argued for defendant-appellant.

RADER, Chief Judge, MAYER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**